UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § § | Civil Action No. 2:16-cv-00329-RWS |
| | § § | LEAD CASE |
| v. | § § | JURY TRIAL DEMANDED |
| | § § | |
| VERIMATRIX, INC. | § § | |

**STIPULATION OF DISMISSAL**

Plaintiff Blue Spike, LLC, on the one hand, and defendants Verimatrix, Inc., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendants Verimatrix, Inc. stipulate to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

| | |
|---|---|
| Dated:December 21, 2016 | Respectfully submitted, |
|   /s/ Wayne Stacy |   /s/ Randall T. Garteiser |
| Wayne Stacy<br>Lead Attorney<br>wayne.stacy@bakerbotts.com<br>BAKER BOTTS LLP – DALLAS<br>2001 Ross Avenue<br>Dallas, TX  75201-2980 | Randall T. Garteiser<br>  Lead Attorney<br>  Texas Bar No. 24038912<br>  rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>  Texas Bar No. 24059967<br>  chonea@ghiplaw.com<br>GARTEISER HONEA, PLLC<br>119 W Ferguson St.<br>Tyler, Texas 75702<br>(888) 908-4400 tel./fax |
| J. Thad Heartfield<br>thad@heartfieldlawfirm.com<br>THE HEARTFIELD LAW FIRM<br>2195 Dowlen Rd<br>Beaumont, TX  77706 | |
| *Attorneys for Defendant* | Kirk J. Anderson<br>  California Bar No. 289043<br>GARTEISER HONEA, P.C.<br>44 North San Pedro Road<br>San Rafael, California 94903<br>(415) 785-3762 |
| | *Attorneys for Blue Spike, LLC* |