UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | § § § | Civil Action No. 2:16-cv-00329-RWS |
| v. | § § § | LEAD CASE |
| VERIMATRIX, INC. | § § § § | JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendants Verimatrix, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendants Verimatrix, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendants Verimatrix, Inc. against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

So ORDERED and SIGNED this 4th day of January, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE